# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# AT NASHVILLE

| | |
|---|---|
| **UNITED STATES** ) | |
| ) | **Case No. 3:21-mj-1050** |
| v. ) | **USDC DC Case No. 1:21-mj-00185** |
| ) | |
| **RONNIE BRIAN PRESLEY** ) | |

## O R D E R

At the initial appearance held on March 8, 2021, Defendant Ronnie Brian Presley requested a preliminary hearing and detention hearing in this district. On March 12, 2021, Defendant appeared with his counsel, Assistant Federal Public Defender Dumaka Shabazz for the preliminary and detention hearing. Assistant U.S. Attorney Robbie Levine appeared for the United States.

At the commencement of the preliminary and detention hearing, Defendant, by and through counsel, announced his intention to waive the preliminary hearing and the detention hearing at this time with reservation of the right to request those hearings in the prosecuting district by motion at a later date as appropriate. The Court confirmed the waiver with Defendant.

It is therefore ORDERED that Defendant be detained until trial or further order of the Court, and Defendant is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility pending disposition of the charges filed against her, and she shall be held separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. Defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the

corrections facility shall deliver Defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

It is SO ORDERED.

_____
BARBARA D. HOLMES
United States Magistrate Judge